FILED

2019

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:19cr121-WKW |
| ) | [18 U.S.C. § 922(g)(1); |
| ) | 26 U.S.C. § 5861(d); |
| ) | 26 U.S.C. § 5845(d)] |
| BOBBY WAYNE WILLIAMS ) | |
| ) | INDICTMENT |

The Grand Jury charges:

COUNT 1
(Possession of a Firearm by a Convicted Felon)

On or about September 19, 2018, in Barbour County, Alabama, within the Middle District of Alabama, the defendant,

BOBBY WAYNE WILLIAMS,

having been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, did knowingly and intentionally possess firearms and ammunition, in and affecting interstate and foreign commerce, that is, a Remington, model 11-87, 12 gauge shotgun; a Marlin, model 60, .22 caliber rifle; a Remington, model 1100, 12 gauge shotgun; a Remington, model 11-87, 12 gauge shotgun; a Sears & Roebuck, model 200, 12 gauge shotgun, (sawed off); a Revelation, 12 gauge shotgun; a Savage Arms, model Springfield, 12 gauge shotgun; a Jennings, model J-22, .22 caliber pistol and live ammunition, better descriptions of which are unknown, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
(Possession of Unregistered Firearm)

On or about September 19, 2018, in Barbour County, Alabama, within the Middle District of Alabama, the defendant,

**BOBBY WAYNE WILLIAMS,**

did knowingly receive and possess a firearm, to wit: a Sears & Roebuck, model 200, 12 gauge short-barrel shotgun, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## COUNT 3
(Possession of a Short Barreled Shotgun)

On or about September 19, 2018, in Barbour County, Alabama, within the Middle District of Alabama, the defendant,

**BOBBY WAYNE WILLIAMS,**

did knowingly receive and possess a short-barreled shotgun, to wit: a Sears & Roebuck, model 200, 12 gauge shotgun, with a barrel length of 12 ¼ inches, and a total length of 24 ¼ inches, in violation of Title 26, United States Code, Section 5845(d).

## FORFEITURE ALLEGATION-1

A.  The allegations contained in count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.  Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) set forth in count 1 of this Indictment, the defendant,

**BILLY WAYNE WILLIAMS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses in violation of Title 18, United States Code, Section 922(g)(1). The property includes, but is not limited to, a Remington, model 11-87, 12 gauge shotgun; a Marlin, model 60, .22 caliber rifle; a Remington, model 100, 12 gauge shotgun; a Remington, model 11-87, 12 gauge shotgun; a Sears & Roebuck, model 200, 12 gauge shotgun; a Revelation, 12 gauge single shot shotgun; a Savage Arms, model Springfield, 12 gauge shotgun; a Jennings, model J-22, .22 caliber pistol; and, live ammunition.

  C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

  All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

FORFEITURE ALLEGATION-2

  A. The allegations contained in counts 2 and 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

B.	Upon conviction of the offenses in violation of Title 26, United States Code, Sections 5861(d) and 5845(d) set forth in counts 2 and 3 of this Indictment, the defendant,

BOBBY WAYNE WILLIAMS,

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offenses in violation of Title 26, United States Code, Sections 5861(d) and 5845(d). The property includes, but is not limited to, a Sears & Roebuck, model 200, 12 gauge short-barrel shotgun.

C.	If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Russell T. Duraski
Assistant United States Attorney

_____
R. Randolph Neeley
Assistant United States Attorney

5