AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |
| BOBBY WAYNE WILLIAMS | |

Case No.  2:19cr121-WKW-CWB
USM No.  17815-002

Rachel Judge
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  2 and 3  of the term of supervision.
☑ was found in violation of condition(s) count(s)  1 and 4  after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Not Commit Another Crime or Possess a Firearm or Ammunition | 08/14/2024 |
| 2 | Not Unlawfully Possess and Use a Controlled Substance | 08/14/2024 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  9293

Defendant's Year of Birth:  1974

City and State of Defendant's Residence:
Ariton, Alabama

10/28/2024
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. Keith Watkins, United States District Judge
Name and Title of Judge

10/30/2024
Date

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: BOBBY WAYNE WILLIAMS
CASE NUMBER: 2:19cr121-WKW-CWB

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Concluded** |
|---|---|---|
| 3 | Not Unlawfully Possess and Use a Controlled Substance | 08/14/2024 |
| 4 | Not Commit Another Crime or Possess a Firearm or Ammunition | 08/14/2024 |

Judgment — Page 3 of 3

DEFENDANT: BOBBY WAYNE WILLIAMS
CASE NUMBER: 2:19cr121-WKW-CWB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

9 Mos. with no supervised release to follow. The term of supervised release imposed on May 27, 2020 is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL